**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 196 MAL 2014
                                                       :
                              Respondent       :
                                                       : Petition for Allowance of Appeal from the
                                                       : Order of the Superior Court
                        v.                            :
                                                       :
                                                       :
                                                       :
BRIAN M. JONES,                              :
                                                       :
                              Petitioner        :


## ORDER


**PER CURIAM**

  **AND NOW**, this 13th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.